IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUROTH CHATTERJI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 2:18-cv-00199-CB |
| v. | ) | (Judge Cathy Bissoon) |
| | ) | |
| CITY OF PITTSBURGH and | ) | |
| ASSITANT CHIEF OF | ) | |
| THE PTITSBURGH | ) | |
| BUREAU OF POLICE LINDA BARONE, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

To: Clerk of Court
United States District Court
Western District of Pennsylvania

And now comes James T. Tallman, Esquire, and respectfully enters his appearance as attorney for Assistant Chief of the Pittsburgh Bureau of Police Linda Barone in this case. Please forward all electronic notices filed in this case to my email address jtallman@elliott-davis.com.

Respectfully Submitted,

By: __/s/James T. Tallman__
James T. Tallman, Esquire
Elliott & Davis, P.C.
Attorney for Defendant
Assistant Chief of the Pittsburgh Bureau of
Police Linda Barone
Pa. Bar. # 79257
425 First Avenue
Pittsburgh, PA 15219
(412) 434-4911 ext. 17

DATE: __3/18/18__