AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| SOUROTH CHATTERJI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-00199 |
| THE CITY OF PITTSBURGH, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, THE CITY OF PITTSBURGH

Date: 05/21/2018

s/KEZIA O. L. TAYLOR, Assistant City Solicitor
*Attorney's signature*

KEZIA O. L. TAYLOR PA I.D. 203759
*Printed name and bar number*

CITY OF PITTSBURGH LAW DEPARTMENT
313 CITY-COUNTY BUILDING
414 GRANT STREET
PITTSBURGH PA  15219
*Address*

kezia.taylor@pittsburghpa.gov
*E-mail address*

(412) 255-2043
*Telephone number*

(412) 255-2285
*FAX number*