IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUROTH CHATTERJI, | ) | |
|     Plaintiff, | ) | |
|     v. | ) | Civil Action No. 2:18-cv-00199-CB |
| | ) | Judge Cathy Bissoon |
| CITY OF PITTSBURGH et al., | ) | |
|     Defendants. | ) | |

## CITY OF PITTSBURGH'S UNOPPOSED MOTION TO ADOPT STIPULATED PROTECTIVE ORDER

1. In view of the confidential and sensitive information at issue in this litigation, and which is contained in documents and material to be produced in this matter, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties have stipulated and agreed to the Court entering the proposed protective order attached hereto as Exhibit A.

2. All parties have stipulated to the proposed protective order, which will facilitate discovery in this action and to protect confidential or sensitive information produced in discovery by restricting its dissemination and use.

WHEREFORE, Defendant City of Pittsburgh respectfully requests that this Court enter the proposed stipulated protective order attached hereto as Exhibit A.

Respectfully submitted,

YVONNE S. HILTON
City Solicitor

s/ Matthew S. McHale, Esq.
Associate City Solicitor
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219
(412) 255-2015
matthew.mchale@pittsburghpa.gov
PA ID No. 91880
*Counsel for Defendant City of Pittsburgh*

1